IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

| | |
|---|---|
| **LISA R. MURPHY**<br>**ADC #760343** | **PLAINTIFF** |
| v. | Case No. 1:18-cv-00082-KGB |
| **PAYNE, Director, ADC,** *et al.*, | **DEFENDANTS** |

## JUDGMENT

Pursuant to the Order entered this date, it is considered, ordered, and adjudged that plaintiff Lisa Murphy's claims are dismissed without prejudice.

It is so adjudged this 7th day of May, 2019.

_____
Kristine G. Baker
United States District Judge